AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br>*Plaintiff*<br>v.<br>DAVID L. PETTIS, and ESTATE OF PEGGY PETTIS, by and through its Personal Representative,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  2:21-CV-0230-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Clerk of Court shall remit the funds on deposit, including interest (less any fees as set by the Director of the Administrative Office and authorized by the Judicial Conference of the United States, 28 U.S.C. § 1914) to the Probate Estate of Peggy J. Pettis in care of:  Stamper Rubens, P.S. Trust Account,  720 West Boone, Suite 200, Spokane, WA 99201.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE.

Date:  May 24, 2022

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry